UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RAHISI MILLER, | ) | No. EDCV 09-1183 FFM |
| Plaintiff, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) ) | |
| Defendant. | ) ) | |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: September 3, 2010

    /S/ FREDERICK F. MUMM
    FREDERICK F. MUMM
    United States Magistrate Judge